TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN
















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00585-CV
 
 




 

 

S. M. M. and K. A. M., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 425th
 Judicial District Court OF Williamson
 COUNTY
 NO. 10-3151-F425
 The Honorable Mark J.
 Silverstone, JUDGE PRESIDING
 
 




 


 
 
                                                                      O
 R D E R
 PER CURIAM
 Appellants S.M.M. and K.A.M. filed their notice of appeal on August 30, 2012.  The appellate record was complete September 20, 2012, making
 appellants’ brief due October 10,
 2012. To date, appellants’ brief has not been filed. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines. 
 Therefore we order counsel to file appellants’ brief no later than November 12, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why she should not be held in contempt
 of court.
  
 It is ordered on October 23,
 2012.
  
 Before
 Justices Puryear, Pemberton and
 Henson